NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENETIC VETERINARY SCIENCES, INC., DBA PAW PRINTS GENETICS,**
*Plaintiff-Appellee*

**v.**

**LABOKLIN GMBH & CO. KG, THE UNIVERSITY OF BERN,**
*Defendants-Appellants*

---

2018-2056

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 2:17-cv-00108-HCM-DEM, Senior Judge Henry C. Morgan, Jr.

---

**SUA SPONTE**

---

Before WALLACH, HUGHES, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Before the court is the parties' August 6, 2019 joint response to this court's order to show cause. The parties have

requested the redaction of certain material that they have identified as confidential business information.

Accordingly,

IT IS ORDERED THAT:

The opinion issued under seal on July 29, 2019 is hereby unsealed in part with the remaining sealed portions modified to omit confidential information from the public opinion.


FOR THE COURT

August 9, 2019                    /s/ Peter R. Marksteiner
    Date                              Peter R. Marksteiner
                                      Clerk of Court